AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Ehab Maher Nasef, and<br>Monica Ann Rossi,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 12-8448-JMH<br>)<br>)<br>) |

FILED by _____ D.C.
NOV 1 6 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/15/12__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (B)(v)(ii) | Possession with intent to distribute in excess of 100 marijuana plants. |

This criminal complaint is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Carlos Ribeiro, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/16/2012__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__   James M. Hopkins, U.S. Magistrate Judge
*Printed name and title*

# **AFFIDAVIT**

I, Carlos Ribeiro, a Task Force Officer with the United States Drug Enforcement Administration (DEA), United States Department of Justice, (the affiant) having been duly sworn, depose and state as follows:

1. As a Task Force Officer of the United States Department of Justice, I am authorized to conduct criminal investigations of violations of Title 21 of the United States Code. Your affiant is a sworn Deputy Sheriff with the Palm Beach County Sheriff's Office (PBSO), and has served in that capacity since October 2002. Your affiant is currently assigned to the PBSO Narcotics Division and attached to the DEA Task Force. Your affiant has successfully completed the Florida Criminal Justice Standards and Training Police Academy and is certified by the Criminal Justice Standards and Training Commission as a Law Enforcement Officer. Your affiant has successfully completed the DEA - Basic and Advanced Narcotics and Dangerous Drugs School. I have received extensive training in conducting narcotics investigations and in identifying the means and methods used by narcotics traffickers. I have conducted or participated in numerous investigations of this nature. Much of this training and experience has been directed at the detection, investigation, seizure and prosecution of individuals involved in the manufacture, possession and distribution of controlled substances. Through my training, education and experience, which has included debriefing cooperating drug traffickers, monitoring wiretapped conversations of drug traffickers, acting in an undercover capacity, conducting searches of locations

1

where drugs and money have been found, and conducting surveillance on individuals engaged in drug trafficking I have learned the various methods and actions that drug traffickers utilize in an effort to thwart law enforcement. I have also received specialized training in money laundering investigations, including investigations involving structured transactions.

2. This affidavit is submitted in support of a criminal complaint charging Ehab Maher NASEF and Monica Ann ROSSI with knowing and intentional manufacturing of indoor cannabis, in violation of Title 21, United States Code, Section 841(a)(1). Since this affidavit is being submitted for the limited purpose of a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have only set forth the facts I believe are necessary to establish the foundation for issuance of the criminal complaint.

3. On Thursday, November 15, 2012, Drug Enforcement Administration (DEA), West Palm Beach Resident Office (WPBRO), Task Force Group 2, Task Force Officer (TFO) Carlos Ribeiro along with members of the Palm Beach County Sheriff's Office (PBSO) executed a State of Florida search warrant for the residence located at 6621 Cobia Circle, Boynton Beach, Florida. PBSO Agent Edward Hunter was the Affiant of the state search warrant and the warrant was signed by the Honorable Judge Ronald Alvarez.

4. At approximately 1:00 p.m., Agent Hunter made contact with NASEF at the front door of the residence while in an undercover capacity, in order to ascertain if the residents were home. During this encounter, NASEF admitted

to Agent Hunter he was the "Renter" of the residence, at which time law enforcement personnel moved in and detained NASEF. TFO Ribeiro was able to detect, based on his training, knowledge and experience, the odor of raw cannabis emitting from the interior of the residence. The odor became stronger as TFO Ribeiro approached the front door of the residence. This was also confirmed by the other law enforcement personnel assisting detaining the NASEF.

5. NASEF was asked if anyone else was inside the residence, at which time, NASEF replied his wife, later identified as Monica Ann ROSSI, and his nine month old infant were in the residence. Law enforcement personnel attempted to make entry into the residence; however a large dog was heard at the front door area. ROSSI was informed that law enforcement was at the front door with a state search warrant for the premises and requested that ROSSI secured the dog and exit the front door with her child. ROSSI complied with law enforcement commands after several minutes.

6. At this time, DEA and PBSO made entry into the residence and executed the lawful state search warrant. Upon making entry into the residence, law enforcement personnel secured the residence and immediately detained ROSSI at the living room area. While clearing the residence, agents observed that the southwest bedroom located on the second floor of the residence, hereinafter referred to as "Room # 4," had its door locked. Law enforcement personnel breached the door and discovered the entire room had been converted into an indoor cannabis grow operation. This cannabis grow room was fully operational, with live cannabis plants at different stages of growth.

3

Law enforcement personnel counted and documented the discovery of 156 cannabis plants inside Room # 4. Further, located inside a small trash can next to the door for Room #4, were an additional 6 small cannabis plants that had been disposed of. The indoor cannabis grow operation contained grow lights, chemicals and fertilizers, ballasts, air conditioning vents/drops, carbon dioxide generator and additional evidence, which is consistent with a cannabis grow operation.

7. Room # 4 is located directly across from the infant's bedroom, hereinafter referred to as "Room # 2," and the master bedroom, hereinafter referred to as "Room # 1." Room # 1 belongs to NASEF and ROSSI. As TFO Ribeiro searched Room # 1, a loaded 45 caliber Glock semi-automatic pistol was in plain view at a night stand located on the right side (west side) of the bed.

8. During the search of the garage, law enforcement personnel noticed that a section of the garage had been enclosed as a separate room; with access only through an outside door located on the side of the residence. Law enforcement personnel breached the locked door and discovered a second door that was also locked by a dead bolt. Once the second door was breached, it was discovered the entire room, hereinafter referred to as "Room # 8," had been built to support an indoor cannabis grow operation. This cannabis grow room was fully operational, with 13 large live cannabis plants. The indoor cannabis grow operational contained grow lights, chemicals and fertilizers, ballasts, air conditioning vents/drops, carbon dioxide generator and additional evidence, which is consistent with a cannabis grow operation.

9. As the search of the residence progressed, the first floor southwest bedroom,

hereinafter referred to as "Room # 6," was discovered to have multiple plastic bags and glass jars containing processed cannabis, a scale and packaging paraphernalia, which is consistent with the manufacturing and distribution of cannabis. A large safe was located within Room # 6 closet, which also contained processed cannabis.

10. During the search, numerous documents and identifications were found about the residence which indicated that NASEF and ROSSI were living at that residence. Also, family photographs found at the residence along with clothing located at Room # 1's closet. In addition, NASEF's mother responded to the residence and confirmed that NASEF and ROSSI had been living at that residence for least nine months.

11. Based on the foregoing facts, your affiant believes that probable cause exists that Ehab NASEF and Monica ROSSI did knowingly possess with the intent to cultivate cannabis, in excess of a 100 cannabis plants while possessing a firearm.

_____
CARLOS RIBEIRO, Task Force Officer
Drug Enforcement Administration

Sworn to and subscribed before me this
___16___ Day of November, 2012

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 12-8448-JMH

### BOND RECOMMENDATION

DEFENDANT: EHAB MAHER NASEF

PRE-TRIAL DETENTION
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:  ROBERT H. WATERS, JR.

Last Known Address: _____

What Facility: _____

Agent(s): TFO CARLOS RIBEIRO
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE) (**OTHER**)
DEA
WEST PALM BEACH, FLORIDA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 12-8448-JMH

## BOND RECOMMENDATION

DEFENDANT: MONICA ANN ROSSI

PRE-TRIAL DETENTION

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   ROBERT H. WATERS, JR.

Last Known Address: _____

What Facility: _____

Agent(s):   TFO CARLOS RIBEIRO
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE) (**OTHER**)
DEA
WEST PALM BEACH, FLORIDA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-8448-JMH

UNITED STATES OF AMERICA

vs.

EHAB MAHER NASEF, AND
MONICA ANN ROSSI,

**Defendants.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  ____ Yes  _x_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  ____ Yes  _x_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
ROBERT H. WATERS, JR.
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.365483
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33501
TEL (561) 820-8711
FAX (651) 802-1787